UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAE LINN PEIFFER,

               Plaintiff,             Case No. 2:17-cv-10484

v.                                  Judge Stephen J. Murphy, III

NANCY A. BERRYHILL,        Mag. Judge R. Steven Whalen
ACTING COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

               Defendant.
_____/

## **STIPULATION TO REMAND TO THE COMMISSIONER**

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the Court should enter an order remanding the above-captioned case to the Commissioner for further administrative action. Upon remand, the Appeals Council will instruct the Administrative Law Judge to obtain evidence from a medical expert concerning the nature, severity and functional limitations resulting from plaintiff's impairments; give further consideration to plaintiff's residual functional capacity; further evaluate plaintiff's ability to perform her past relevant work and other work that exists in significant numbers in the national economy; if warranted, obtain supplemental vocational expert evidence; and issue a new decision.

Respectfully submitted,

DANIEL L. LEMISCH
Acting United States Attorney

/s/ Daryl C. Royal
Daryl C. Royal
22027 Park St.
Dearborn, MI 48124
(313)730-0055
droyal@michappeal.com[1]

/s/ Luis Pere
Luis Pere
Special Assistant United States Attorney
J.F.K. Federal Building – Rm. 625
Boston, MA 02203
(877) 405-4870, ext. 13902
luis.pere@ssa.gov[2]

---

[1] Signed with consent obtained via email by Assistant Regional Counsel Luis Pere, received on September 6, 2017.

[2] Of Counsel: Vanessa Miree Mays, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226.

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2017, the foregoing document was electronically filed, by an employee of the United States Attorney's Office, with the Clerk of the Court using the ECF system, which will send notification to the following:

Daryl C. Royal, ATTORNEY FOR PLAINTIFF

and I further certify that an employee of the United States Attorney's Office mailed, by United States Postal Service, the document to the following non-ECF participants:

N/A

/s/ Luis Pere
Luis Pere
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
J.F.K. Federal Building – Rm. 625
Boston, MA 02203
(877) 405-4870, ext. 13902
luis.pere@ssa.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAE LINN PEIFFER,

                 Plaintiff,                Case No. 2:17-cv-10484

v.                                       Judge Stephen J. Murphy, III

NANCY A. BERRYHILL,          Mag. Judge R. Steven Whalen
ACTING COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

                 Defendant.
_____/

## <u>ORDER REMANDING CASE UNDER</u><br><u>SENTENCE FOUR PER PARTIES' STIPULATION</u>

Pursuant to the parties' stipulation, the case is **REMANDED** to the
Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).
Upon remand, the Appeals Council will instruct the Administrative Law Judge to
obtain evidence from a medical expert concerning the nature, severity and
functional limitations resulting from plaintiff's impairments; give further
consideration to plaintiff's residual functional capacity; further evaluate plaintiff's
ability to perform her past relevant work and other work that exists in significant
numbers in the national economy; if warranted, obtain supplemental vocational
expert evidence; and issue a new decision.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment [14] is found as **MOOT**.

**SO ORDERED.**

Date: September 7, 2017

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge