UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RAE LINN PEIFFER, | Case No. 2:17 cv 10484 |
| Plaintiff, | Honorable Stephen J. Murphy, III<br>United States District Judge |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | Honorable R. Steven Whalen<br>United States Magistrate Judge |
| Defendant. | |
| _____/ | |

## ORDER FOR ATTORNEY FEES

It is hereby **ORDERED** that plaintiff's motion for authorization of attorney fees pursuant to 42 U.S.C. § 406(b), filed without objection, shall be granted in the amount of $7,539.00.

SO ORDERED.

                                             s/Stephen J. Murphy, III
                                             STEPHEN J. MURPHY, III
                                             United States District Judge

Dated: July 31, 2018